1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAH M. WALKER,<br><br>              Petitioner,<br><br>          v.<br><br>MICHAEL D. MCDONALD,<br>Warden,<br><br>              Respondent. | Case No. CV 09-9184 MMM (JCG)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. Having made a *de novo* determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge's Report and Recommendation. It notes in particular the Ninth Circuit's decision in *Ramirez v. Yates*, 571 F.3d 993 (9th Cir. 2009), where the court stated:

"We have little difficulty determining that Ramirez is not entitled to equitable tolling from July 11, 2003 through October 1, 2003, simply

because he remained in administrative segregation and had limited
access to 'the law library [and] copy machine.'  Ordinary prison
limitations on Ramirez's access to the law library and copier (quite
unlike the denial altogether of access to his personal legal papers) were
neither 'extraordinary' nor made it 'impossible' for him to file his
petition in a timely manner.  Given even the most common day-to-day
security restrictions in prison, concluding otherwise would permit the
exception to swallow the rule. . . ."  *Id.* at 998.

Accordingly, IT IS ORDERED THAT:

1.      Judgment shall be entered dismissing the action with prejudice.

2.      The Clerk shall serve copies of this Order and the Judgment herein on
the parties.

DATED:  April 21, 2011

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2