JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ISAIAH M. WALKER,

                Petitioner,

          v.

MICHAEL D. MCDONALD, Warden,

                Respondent.

) Case No. CV 09-9184 MMM (JCG)
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: April 21, 2011

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE